UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case Number: 12-14107-CIV-MARTINEZ-MAYNARD

PIPER AIRCRAFT, INC., *et al.*,

    Plaintiffs,

vs.

CZECH SPORT AIRCRAFT, A.S., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' Motion for Award of Attorneys' Fees and Expenses, (ECF No. 257), and Plaintiffs' Motion for Bill of Costs, (ECF No. 258) (collectively, the "Motions"). Judge Maynard issued an Amended Report and Recommendation recommending that the Motions be granted. (ECF No. 280). This Court has reviewed the entire record and notes that no objections have been filed and the time to do so has lapsed. After careful consideration, it is

**ADJUDGED** that United States Magistrate Judge Maynard's Amended Report and Recommendation (ECF No. 280) is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that:

    1.    Plaintiffs' Motion for Award of Attorneys' Fees and Expenses, (ECF No. 257), and Plaintiffs' Motion for Bill of Costs, (ECF No. 258), are **GRANTED**.

    2.    Plaintiff is awarded **$321,436.00** in attorney's fees and **$16,977.68** in costs.

    3.    The Clerk is **DIRECTED** to terminate Judge Maynard's Report and Recommendation (ECF No. 279) as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of December, 2020.

                                                            JOSE E. MARTINEZ
                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record